■ In the Matter of PETER J. VLASSIS, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE FIFTH JUDICIAL DISTRICT,

Petitioner. [10 NYS3d 470]—Order of suspension entered pursuant to 22 NYCRR 1022.23 (b). Present—Smith, J.P., Carni, Sconiers and Valentino, JJ. (Filed May 26, 2015.)